AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

J & J SPORTS PRODUCTIONS, INC.,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-061

FLAME BAR & GRILL, LLC and RAIFORD C. DUNBAR, JR.,

   Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on October 24, 2018, the Court GRANTS in part and DENIES in part Plaintiff's motion for default judgment. The Court GRANTS the motion with respect to liability, damages, and fees in the amount of $21,200. The Court DENIES the motion for amounts above $21,200. Judgment is ENTERED in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $21,200. This case stands CLOSED.



October 24, 2018
Date

Scott L. Poff
Clerk

*Morgan A. Akins*
(By) Deputy Clerk

GAS Rev 10/1/03